PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00225-02 WBS |
|---|---|
| Plaintiff, | ORDER STAYING MAGISTRATE JUDGE'S ORDER OF RELEASE |
| v. | |
| JUAN RAMOS, | |
| Defendant. | |

**ORDER**

Upon the motion of the United States, good cause having been shown, it is hereby ORDERED that the order issued July 25, 2022, by the United States Magistrate Judge for the Southern District of California, authorizing the release of the defendant, Juan Ramos, shall be stayed, and the defendant shall remain in the custody of the United States Marshal's Service pending further proceedings before this Court on the government's motion to revoke the release order pursuant to Title 18, United States Code, Section 3145;

///

///

///

///

It is further ORDERED that the United States Marshal's Service shall promptly transport the defendant from the Southern District of California to the Eastern District of California for such proceedings.

IT IS SO ORDERED.

Dated: July 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE