UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 30, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE LUIS RAMOS,

    Defendant.

Case No.  2:21-cr-00225-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE LUIS RAMOS ,

Case No.  2:21-cr-00225-WBS , Charge 21 USC § 846, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $  50,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other):  The defendants release is delayed until December 1, 2022, no later than 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 30, 2022, at 2:40 PM.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire