HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE LUIS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00225-WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| JESUS CELAYA, ET AL | Date: August 28, 2023 |
| Defendants. | Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Luis Ramos, and Mario Rodriguez, counsel for defendant Jesus Celaya, that the status conference scheduled for July 10, 2023, be continued **August 28, 2023, at 9:00 a.m.**

The defense is conducting ongoing investigation, engaging in pre plea negotiations, and reciprocal exchange of discovery. An additional six (6) weeks will allow for the time necessary for the defense to conduct its investigation and for the defendants to determine how best to proceed in this case. Accordingly, the parties request that the status conference in this matter be reset for August 28, 2023. The parties agree that the ends of justice served by resetting the status

1  conference date outweigh the best interest of the public and the defendant in a speedy trial.
2  Therefore, the parties agree that time is excludable from July 10, 2023, through August 28, 2023,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: July 5, 2023                                             Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Public Defender

                                                    */s/ Megan T. Hopkins*
                                                    MEGAN T. HOPKINS
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    JOSE LUIS RAMOS

                                                    */s/ Mario Rodriguez*
Dated: July 5, 2023                                             MARIO RODRIGUEZ
                                                    Attorney for Defendant
                                                    JESUS CELAYA

                                                    PHILLIP A. TALBERT
                                                    United States Attorney

Dated: July 5, 2023                                              */s/ Alstyn Bennett*
                                                    ALSTYN BENNETT
                                                    CAMERON DESMOND
                                                    Assistant United States Attorneys
                                                    Attorneys for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for July 10, 2023, at 9:00 a.m. is continued to **August 28, 2023, at 9:00 a.m.**  The time period between July 10, 2023 and August 28, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 5, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE