HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
JOSE LUIS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOSE LUIS RAMOS,<br><br>　　　Defendant. | Case No.  2:21-cr-00225-WBS<br><br>STIPULATION AND ORDER TO CONVERT STATUS CONFERENCE TO CHANGE OF PLEA AND CONTINUE TO MAY 6, 2024 AND EXCLUDE TIME<br><br>Judge: William B. Shubb<br>Date:   March 11, 2024<br>Time:   9:00 a.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Cameron Desmond, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Jose Luis Ramos, that the status conference scheduled for March 11, 2024, be converted to a change of plea hearing and continued to **May 6, 2024, at 9:00 a.m.**

　　　Government counsel has provided the Mr. Ramos with a written plea offer in this case, which the parties are working to execute. Additionally, the defense is conducting ongoing investigation, which requires legal research, witness interviews and the potential need to identify an expert, as well as engaging in reciprocal exchange of discovery.  The requested continuance will allow for the time necessary for the defense to conduct its investigation and for the parties to execute the plea agreement.

1    Accordingly, the parties request that the status conference in this matter be reset for May 6, 2024. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from March 11, 2024 through May 6, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Dated: March 6, 2024                              Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Public Defender

                                                  */s/ Megan T. Hopkins*
                                                  MEGAN T. HOPKINS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  JOSE LUIS RAMOS


                                                  PHILLIP A. TALBERT
                                                  United States Attorney

Dated: March 6, 2024                               */s/ Cameron Desmond*
                                                  CAMERON DESMOND
                                                  Assistant United States Attorneys
                                                  Attorneys for Plaintiff

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for March 11, 2024, at 9:00 a.m. is continued to **May 6, 2024, at 9:00 a.m.** and converted to a change of plea hearing. The time period between March 11, 2024 and May 6, 2024 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 7, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE